[No. 1934.]

CARNAHAN v. CONNOLLY.

*Error to the District Court of Lake County.*

Mr. CHARLES J. HUGHES, Jr., and Mr. JOHN M. MAXWELL, for plaintiff in error.

Messrs. THOMAS, BRYANT & LEE, for defendant in error.

Mr. A. S. BLAKE, of counsel.

*Per Curiam.*—The questions involved in this case are the same as those determined in No. 1933, Charles T. Carnahan, plaintiff in error, v. P. K. Connolly, defendant in error, and for reasons given in that case the judgment is affirmed.                *Affirmed.*

---

[No. 1935.]

CARNAHAN v. CONNOLLY.

*Error to the District Court of Lake County.*

Mr. CHARLES J. HUGHES, Jr., and Mr. JOHN M. MAXWELL, for plaintiff in error.

Messrs. THOMAS, BRYANT & LEE, for defendant in error.

Mr. A. S. BLAKE, of counsel.

*Per Curiam.*—The questions involved in this case are the same as those determined in No. 1933, Charles T. Carnahan, plaintiff in error, v. P. K. Connolly, defendant in error, and for reasons given in that case the judgment is affirmed.

*Affirmed.*